■ In the Matter of the FORECLOSURE OF TAX LIENS BY PROCEEDING IN REM PURSUANT TO ARTICLE 11 OF THE REAL PROPERTY TAX LAW BY CITY OF BUFFALO AFFECTING DISTRICT NOS. 1-14 INCLUSIVE. SHERRILL L. DAVIS et al., Respondents; WILLIAM PALADINO et al., Appellants. [753 NYS2d 777] —Appeal from an order of Erie County Court (Drury, J.), entered May 2, 2001, which, inter alia, declared null and void the tax foreclosure sale of the premises located at 2191-2199 Elmwood Avenue, Buffalo.

It is hereby ordered that the order so appealed from be and

the same hereby is unanimously affirmed without costs for reasons stated in decision at Erie County Court, Drury, J. Present—Pigott, Jr., P.J., Pine, Wisner, Kehoe and Gorski, JJ.